ACCEPTED
04-14-00752-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/3/2015 2:52:11 PM
KEITH HOTTLE
CLERK

**CAUSE NO. 04-14-00752-CV**

| | | |
|---|---|---|
| **HUMANA INSURANCE COMPANY** | § | **IN THE COURT OF APPEALS** |
| **APPELLANT** | § | |
| | § | |
| | § | **FOURTH COURT OF APPEALS** |
| **VS.** | § | **DISTRICT** |
| | § | |
| **DOLORES MUELLER** | § | |
| **APPELLEE** | § | **SAN ANTONIO, TEXAS** |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
6/3/2015 2:52:11 PM
KEITH HOTTLE
Clerk

_____

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE APPELLEE'S MOTION FOR REHEARING

_____

TO THE HONORABLE JUSTICES OF SAID COURT:

Appellee, Dolores Mueller, respectfully requests that this Court extend the deadline to file a Motion for Rehearing by one week, to June 9, 2015, and would show the Court as follows:

### A. Factual and Procedural History

1. This case is on appeal from County Court at Law No. 3, Bexar County, Texas. Appellant Humana Insurance Company (HIC) is a third party contractor which provided certain insurance services to the San Antonio Housing Authority. HIC filed a Plea to the Jurisdiction which asked the trial court to dismiss Plaintiff's claims on the ground of governmental immunity. HIC filed this interlocutory appeal when its Plea to the Jurisdiction was denied.

2. This is the second Motion for Enlargement of Time to file the Motion for Rehearing. The Order following the first Motion allowed Counsel for Appellee until today, June 2, 2015, to file the Motion for Rehearing. Appellee seeks an extension of one week, to June 9, 2015.

_____

3.      As anticipated in the original Motion, Counsel for Appellee has not had time to address the issues raised by the decision of this Court in this case. The undersigned counsel for Appellee has just completed the jury trial mentioned in the first Motion.

4.      Counsel for Appellee has reached out to Peter Kelly, one of the lawyers involved in briefing and arguing *Brown & Gay Engineering, Inc. vs. Olivares* before the Supreme Court. Mr. Kelley has agreed to consult with counsel for Appellee, but has not been available to date because of prior commitments.

5.      Counsel for Appellee has also retained attorney Beth Watkins, an appellate specialist, to assist with the preparation of the Motion for Rehearing. Attorney Watkins has been unavailable over the last two weeks, and is scheduled to present Oral Argument in Cause No. 14-20588; *W. Steve Smith v. Judy Robbins, et al.* (Fifth Circuit), tomorrow, June 3, 2015, and to file the Brief of Appellees- Cause No. 13-14-00725-CV; *Dos Republicas Coal Partnership v. David Saucedo* (Thirteenth Court of Appeals, Texas), by June 4, 2015.

## B. Argument and Authorities

6.      This Court has the authority to grant a motion to extend the deadline to file a party's brief under Texas Rules of Appellate Procedure 10.5 (b) and 49.8.

7.      The Court's decision was issued on April 29, 2015. The original deadline for filing a Motion for Rehearing was therefore, May 14, 2015. That deadline was extended by Order of this Court to today, June 2, 2015.

8.      Appellee requires additional time to review the decision of the Court, consult with other counsel about the applicability of the decision in the *Brown & Gay Engineering, Inc. vs. Olivares*, perform additional legal research, and draft a Motion that will be helpful to this Court.

## C. Conclusion and Prayer

9.     For the foregoing reasons, Appellee Dolores Mueller respectfully requests that this Court grant this UNOPPOSED Motion for Extension of Time to File her Motion for Rehearing, and extend the deadline filing those briefs until June 9, 2015.

Respectfully submitted,

_____
Stephen G. Nagle
State Bar No. 14779400
Stephen G. Nagle & Associates
1002 West Avenue, Suite 100
Austin, Texas 78701
(512)480-0505 phone
(512)480-0571 fax
sgnagle@lawyernagle.com
**COUNSEL FOR APPELLEE**

### CERTIFICATE OF CONFERENCE

By my signature above, I certify that on June 2, 2015, I e-mailed a copy of this motion to Lisa Alcantar, Counsel for Appellant Humana Insurance Company. On the same day, I spoke to Ms. Alcantar and she responded, on behalf of her client, that the would not oppose a one week extension.

## CERTIFICATE OF SERVICE

By my signature above, I certify that on June 2, 2015, a true and correct copy of the foregoing

Motion was electronically served on the following counsel of record:

Lisa Alcantar
lalcantar@prdg.com
Rick Foster
rfoster@prdg.com
Porter, Rogers, Dahlman & Gordon, P.C.
745 East Mulberry Avenue, Suite 450
San Antonio, Texas 78212
Attorneys for Defendants